IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & H MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br> v. <br><br> LYN E. BRIGHT, ByH DE LAS AMERICAS, S.A. de C.V., and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CV F 01-6619 AWI SMS <br><br> ORDER VACATING MAY 2, 2005, HEARING DATE AND TAKING MOTION UNDER SUBMISSION |

Plaintiff's motion for an award of attorneys' fees and expenses is set for hearing on May 2, 2005. The court has reviewed the moving papers, oppositions, and relevant documents and has determined that these motions are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 2, 2005 is VACATED, and the parties shall not appear at that time. As of May 2, 2005, the court will take Plaintiff's motion under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 27, 2005               /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE