FILED
AUG 3 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

TRAINOR FAIRBROOK
JOHN D. FAIRBROOK (SBN 105115)
980 Fulton Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
mls:3294002.425542.1

Attorneys for Plaintiff
B&H MANUFACTURING COMPANY, INC.

STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (CSBN 74037)
TODD M. NOONAN (CSBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant
LYN E. BRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&H MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYN E. BRIGHT, ByH DE LAS AMERICAS, S.A. de C.V., and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. CIV F-01-6619 AWI LJO <br><br> **STIPULATION FOR DISBURSEMENT OF REGISTRY FUNDS** <br><br> [PROPOSED] ORDER FOR DISBURSEMENT <br><br> Judge Anthony W. Ishii |

1   The parties to this action, by the signatures of their attorneys on this Stipulation, hereby
2   Stipulate that this Court may and should, issue an Order for Disbursement of Registry Funds as
3   follows:

4   1.   WHEREAS on February 18, 2005, the Court entered Judgment in favor of the
5   Plaintiff, B&H MANUFACTURING COMPANY, INC. ("B&H"), against the Defendants, LYN
6   E. BRIGHT and ByH DE LAS AMERICAS, S.A. DE C.V. (hereinafter collectively "LYN
7   BRIGHT");

8   2.   WHEREAS on March 7, 2005, LYN BRIGHT moved for, and was granted, a stay of
9   enforcement of the Judgment; and

10  3.   WHEREAS on March 8, 2005, in accordance with the Court's stay Order, LYN
11  BRIGHT caused to be deposited a bond in the amount of $1,068,750.00 into the registry of the
12  Court, as set forth in the attached **Exhibit A**; and

13  4.   WHEREAS the parties have reached a comprehensive settlement of their disputes
14  which contemplates the release of amounts owing pursuant to the Judgment entered in this case.

15  NOW, THEREFORE, the parties through their respective counsel of record Stipulate that
16  the registry funds deposited on behalf of LYN BRIGHT, should be released as follows:

17  That the Clerk of the Court should be directed to disburse the initial deposit of
18  $1,068,750.00, plus any accrued interest, minus any court costs, be disbursed, payable to Marjorie
19  H. Bright and returned to her via Federal Express c/o Hensley Properties, 821 13th Street, Suite A,
20  Modesto, California 95354.

21  Dated: August 30, 2006                TRAINOR FAIRBROOK

22                                        By: _____
23                                        JOHN D. FAIRBROOK
                                          Attorneys for Plaintiff
24                                        B&H MANUFACTURING CO., INC.

25  Dated: August 25, 2006                BANKS & WATSON

26                                        By: _____
27                                        JAMES O. MOSES
                                          Attorneys for Defendant
28                                        LYN BRIGHT

## ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to disburse registry funds deposited on behalf of LYN BRIGHT in the amount of $1,068,750.00, plus any accrued interest, minus any court costs, made payable to Marjorie H. Bright, sent via Federal Express, care of Hensley Properties, 821 13th Street, Suite A, Modesto, CA 95354.

Dated: Aug 30, 2006

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE